U.S. District Court
**CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:06-cv-02764-AHM-FFM**

Catherine White et al v. Novartis Pharmaceuticals Corporation et al
Assigned to: Judge A. Howard Matz
Referred to: Magistrate Judge Frederick F. Mumm
Case in other court: Superior Court for the County of Los Angeles, BC349490
Cause: 28:1441 Notice of Removal - Labor/Mgmnt. Relations

Date Filed: 05/05/2006
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

### Plaintiff

**Catherine White**
*on behalf of themselves individually and all others similarly situated*

represented by **Angela Corridan**
Sanford Wittels and Heisler
1666 Connecticut Avenue NW Suite 310
Washington, DC 20009
US
202-742-7787
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Sanford**
Sanford Wittels and Heisler
2121 K Street, Northwest, Suite 700
Washington, DC 20037
202-942-9124
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant E Morris**
Grant E Morris Law Offices
1666 Connecticut Avenue, N W, Suite 310
Washington, DC 20009
202-742-7783
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Heisler**
Sanford, Wittels and Heisler
950 Third Avenue, Tenth Floor
New York, NY 10022
US
646-723-2947
*TERMINATED: 07/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald P Ackerman**
Ronald P Ackerman Law Offices
5855 Green Valley Circle, Suite 102
Culver City, CA 90230
310-649-5300
Fax: 310-649-4045



|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven L Wittels**<br>Sanford, Wittels & Heisler<br>950 Third Avenue, Tenth Floor<br>New York, NY 10022<br>US<br>646-723-2947<br>*TERMINATED: 07/21/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>Plaintiff</u>

| **Minel Hider Tobertga**<br>*on behalf of themselves individually and all others similarly situated* | represented by | **Angela Corridan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David W Sanford**<br>Sanford Wittels and Heisler<br>1666 Connecticut Avenue, N W, Suite 310<br>Washington, DC 20009<br>202-742-7780<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Grant E Morris**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeremy Heisler**<br>(See above for address)<br>*TERMINATED: 07/21/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ronald P Ackerman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven L Wittels**<br>(See above for address)<br>*TERMINATED: 07/21/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Sanford**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

<u>Defendant</u>

Vedder Price Kaufman and Kammholz
222 North La Salle Street
Chicago, IL 60601
US
312-609-7888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Amber Marie Solano
Atkinson Andelson Loya Ruud and Romo
17871 Park Plaza Drive, Suite 200
Cerritos, CA 90703-8597
562-653-3200
Email: asolano@aalrr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Richard H Schnadig
Vedder Price Kaufman and Kammholz
222 North La Salle Street
Chicago, IL 60601
US
312-609-7888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Robert L Wenzel
Atkinson Andelson Loya Ruud & Romo
17871 Park Plaza Drive, Suite 200
Cerritos, CA 90703-8597
562-653-3200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Thomas G Abram
Vedder Price Kaufman and Kammholz
222 North La Salle Street
Chicago, IL 60601
US
312-609-7888
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Thomas W Kovacich
Atkinson Andelson Loya Ruud & Romo
17871 Park Plaza Dr, Ste 200
Cerritos, CA 90703-8597
562-653-3200
Email: tkovacich@aalrr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Dan J Woods
White & Case
633 W 5th St, Ste 1900
Los Angeles, CA 90071-2007

Email: dwoods@whitecase.com
*ATTORNEY TO BE NOTICED*

**Ronald P Ackerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy Michael Rusche**
White and Case
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
213-620-7700
Email: trusche@whitecase.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Novartis Corporation**         represented by   **Alison R Kirshner**
White and Case
1155 Avenue of the Americas
New York, NY 10036
US
212-819-8200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dan J Woods**
White & Case
633 W 5th St, Ste 1900
Los Angeles, CA 90071-2007
213-620-7700
Email: dwoods@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather K McDevitt**
White and Case
1155 Avenue of the Americas
New York, NY 10036
US
212-819-8200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack E Pace, III**
White and Case
1155 Avenue of the Americas
New York, NY 10036
US
212-819-8200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Michael Rusche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Vincent Fitzpatrick, Jr**
White and Case
1155 Avenue of the Americas
New York, NY 10036
US
212-819-8200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Novartis Finance Corporation**    represented by  **Alison R Kirshner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dan J Woods**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather K McDevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack E Pace, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Michael Rusche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Fitzpatrick, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Novartis Services**
*Inc*
   represented by  **Alison R Kirshner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dan J Woods**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heather K McDevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack E Pace, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Michael Rusche**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Fitzpatrick, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2006 | 1 | NOTICE OF REMOVAL from Superior Court of the State of California for the County of Los Angeles, case number BC349490 with Conformed copy of complaint. Case assigned to Judge A. Howard Matz, Discovery to Magistrate Judge Frederick F Mumm. (Filing fee $ 350 paid ), filed by defendant Novartis Pharmaceuticals Corporation.(rla, ) Modified on 5/11/2006 (jj, ). (Entered: 05/10/2006) |
| 05/05/2006 | 3 | JOINDER in Notice of Removal, [1] ,filed by defendants Novartis Corporation, Novartis Finance Corporation, Novartis Services (rla, ) (Entered: 05/11/2006) |
| 05/05/2006 | 4 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendants. (rla, ) Modified on 5/11/2006 (rla, ). Modified on 5/11/2006 (jj, ). (Entered: 05/11/2006) |
| 05/05/2006 | 5 | DECLARATION of James D Robinson in support of Notice of Removal, [1] filed by Defendants Novartis Corporation, Novartis Finance Corporation, Novartis Services. (rla, ) Modified on 5/11/2006 (jj, ). (Entered: 05/11/2006) |
| 05/05/2006 | 6 | CERTIFICATE OF SERVICE filed by defendant Novartis Pharmaceuticals Corporation, re Joinder in Complaint[3], Certification and Notice of Interested Parties [4], Notice of Removal, [1], see document for further details, was served on 5/5/06. (rla, ) (Entered: 05/11/2006) |
| 05/05/2006 |  | FAX number for Attorney Thomas W Kovacich, Amber Marie Solano, Robert L Wenzel is 562-653-3333. (rla, ) (Entered: 05/11/2006) |
| 05/05/2006 |  | FAX number for Attorney Ronald P Ackerman is 310-649-4045. (rla, ) (Entered: 05/11/2006) |
| 05/05/2006 |  | FAX number for Attorney Jeremy Heisler, Steven L Wittels is 646-723-2948. (rla, ) (Entered: 05/11/2006) |
| 05/05/2006 |  | FAX number for Attorney Grant Morris, David W Sanford is 202-628-8189. (rla, ) (Entered: 05/11/2006) |
| 05/05/2006 | 7 | NOTICE OF PENDENCY of other actions or proceedings filed by defendant Novartis Pharmaceuticals Corporation. (rrey, ) (Entered: 05/12/2006) |
| 05/08/2006 | 2 | INITIAL ORDER Following Filing of Complaint Assigned to Judge Matz by Judge A. Howard Matz: This case has been assigned to the calendar of Judge A. Howard Matz. Counsel for Plaintiff shall serve this order on all defendants and/or their counsel along with the summons and complaint or if that is not practicable as soon as possible thereafter. (See document for further information)(dw, ) (Entered: 05/10/2006) |

| Date | # | Description |
|---|---|---|
| 05/09/2006 | 8 | NOTICE of Interested Parties filed by Defendant Novartis Finance Corporation. (dw, ) (Entered: 05/15/2006) |
| 05/11/2006 | | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney David W Sanford for plaintiffs. (rla, ) Modified on 5/11/2006 (jj, ). (Entered: 05/11/2006) |
| 05/11/2006 | | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Grant Morris for Plaintiffs. (rla, ) (Entered: 05/11/2006) |
| 05/11/2006 | | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Steven L Wittels for Plaintiffs. (rla, ) (Entered: 05/11/2006) |
| 05/11/2006 | | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Jeremy Heisler for Plaintiffs. (rla, ) (Entered: 05/11/2006) |
| 05/12/2006 | 9 | ANSWER of Defendants Novartis Corporation, Novartis Finance Corporation and Novatris Services Inc re: Notice of Removal, [1] filed by Defendants Novartis Pharmaceuticals Corporation, Novartis Corporation, Novartis Finance Corporation. (dw, ) (Entered: 05/16/2006) |
| 05/12/2006 | 10 | DEFENDANT NOVARTIS PHARMACEUTICAL CORPORATION'S ANSWER to Class Action Complaint re: Notice of Removal, [1] filed by Defendant Novartis Pharmaceuticals Corporation.(dw, ) (Entered: 05/16/2006) |
| 05/12/2006 | 12 | NOTICE of Initial Order Following Filing of Complaint Assigned to Judge Matz filed by Defendant Novartis Pharmaceuticals Corporation. (dw, ) (Entered: 05/19/2006) |
| 05/18/2006 | 11 | ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE by Judge A. Howard Matz: If plaintiff has not already served the complaint (or any amendment thereto) on all defendants, plaintiff shall promptly do so and shall file proofs of service within three days thereafter. Defendants also shall timely serve and file their responsive pleadings and file proofs of service within three days thereafter. Rule 26 Meeting Report due by 7/17/06. Scheduling Conference set for 7/24/06 at 1:30 p.m. before Judge A. Howard Matz.(smo, ) (Entered: 05/18/2006) |
| 05/22/2006 | 13 | APPLICATION of Non-Resident Attorney to Appear in a Specific Case for attorney Vincent R Fitzpatrick Jr to Appear Pro Hac Vice. FEE PAID. filed by Defendants Novartis Corporation, Novartis Finance Corporation, Novartis Services. Lodged Proposed Order. (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | | FAX number for Attorney Vincent Fitzpatrick, Jr is 212-354-8113. (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | 14 | ORDER on Application of Non-Resident Attorney to Appear in a Specific Case by Judge A. Howard Matz: GRANTED. re APPLICATION for attorney Vincent R Fitzpatrick Jr to Appear Pro Hac Vice. FEE PAID.[13] (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | 15 | APPLICATION of Non-Resident Attorney to Appear in a Specific Case for attorney Alison R Kirshner to Appear Pro Hac Vice. FEE PAID. filed by Defendants Novartis Corporation, Novartis Finance Corporation, Novartis Services. Lodged Proposed Order. (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | | FAX number for Attorney Alison R Kirshner is 212-354-8113. (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | 16 | ORDER on Application of Non-Resident Attorney to Appear in a Specific Case by Judge A. Howard Matz: GRANTED. re APPLICATION for attorney Alison R Kirshner to Appear Pro Hac Vice. FEE PAID.[15] (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | 17 | APPLICATION of Non-Resident Attorney to Appear in a Specific Case for attorney Jack E Pace III to Appear Pro Hac Vice. FEE PAID. filed by Defendants Novartis |

| | | |
|---|---|---|
| | | Corporation, Novartis Finance Corporation, Novartis Services. Lodged Proposed Order. (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | ● | FAX number for Attorney Jack E Pace, III is 212-354-8113. (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | ●18 | ORDER on Application of Non-Resident Attorney to Appear in a Specific Case by Judge A. Howard Matz: GRANTED. re APPLICATION for attorney Jack E Pace III to Appear Pro Hac Vice. FEE PAID.[17] (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | ●19 | APPLICATION of Non-Resident Attorney to Appear in A Specific Case for attorney Heather K McDevitt to Appear Pro Hac Vice. FEE PAID. filed by Defendants Novartis Corporation, Novartis Finance Corporation, Novartis Services. Lodged Proposed Order. (dw, ) (Entered: 05/23/2006) |
| 05/22/2006 | ● | FAX number for Attorney Heather K McDevitt is 212-354-8113. (dw, ) (Entered: 05/23/2006) |
| 05/23/2006 | ●20 | ORDER on Application of Non-Resident Attorney to Appear in a Specific Case by Judge A. Howard Matz: GRANTED. re APPLICATION for attorney Heather K McDevitt to Appear Pro Hac Vice. FEE PAID.[19] (dw, ) (Entered: 05/24/2006) |
| 05/24/2006 | ●21 | APPLICATION of Non-Resident Attorney to Appear in A Specific Case for attorney Aaron R Gelb to Appear Pro Hac Vice. FEE PAID. filed by Defendant Novartis Pharmaceuticals Corporation. Lodged Order. (dw, ) (Entered: 05/25/2006) |
| 05/24/2006 | ● | FAX number for Attorney Aaron R Gelb is 312-609-5005. (dw, ) (Entered: 05/25/2006) |
| 05/24/2006 | ●22 | ORDER on Application of Non-Resident Attorney to Appear in A Specific Case by Judge A. Howard Matz: GRANTED re APPLICATION for attorney Aaron R Gelb to Appear Pro Hac Vice. FEE PAID.[21] (dw, ) (Entered: 05/25/2006) |
| 05/24/2006 | ●23 | APPLICATION of Non-Resident to Appear in a Specific Case Attorney Richard H Schnadig to Appear Pro Hac Vice. FEE PAID. filed by Defendant Novartis Pharmaceuticals Corporation. Lodged Order. (dw, ) (Entered: 05/25/2006) |
| 05/24/2006 | ● | FAX number for Attorney Richard H Schnadig is 312-609-5005. (dw, ) (Entered: 05/25/2006) |
| 05/24/2006 | ●24 | ORDER on Application of Non-Resident Attorney to Appear in A Specifc Case by Judge A. Howard Matz: GRANTED. re APPLICATION for attorney Richard H Schnadig to Appear Pro Hac Vice [23] (dw, ) (Entered: 05/25/2006) |
| 05/24/2006 | ●25 | APPLICATION of Non-Resident Attorney to Appear in a Specific Case for attorney Thomas G Abram to Appear Pro Hac Vice. FEE PAID. filed by Defendant Novartis Pharmaceuticals Corporation. Lodged Order. (dw, ) (Entered: 05/25/2006) |
| 05/24/2006 | ● | FAX number for Attorney Thomas Abram is 312-609-5005. (dw, ) (Entered: 05/25/2006) |
| 05/24/2006 | ●26 | ORDER on Application of Non-Resident Attorney to Appear in A Specific Case by Judge A. Howard Matz: GRANTED re APPLICATION for attorney Thomas G Abram to Appear Pro Hac Vice. FEE PAID.[25] (dw, ) (Entered: 05/25/2006) |
| 06/06/2006 | ●27 | JOINT STIPULATION To Continue Scheduling Conference; ORDER Theron by Judge A. Howard Matz: IT IS SO ORDERED that the Scheduling Conference currently set for 7/24/06 be continued to 8/14/06 at 1:30pm. IT IS FURTHER ORDERED that the parties shall meet pursuant to FRCP 26(f) not later than 21 days prior to the scheduling conference and submit a joint report to the Court not later than 8/7/06. (dw, ) (Entered: 06/07/2006) |
| 07/07/2006 | ●28 | APPLICATION of Non-Resident Attorney David W Sanford to Appear Pro Hac Vice. |

| | | | |
|---|---|---|---|
| . | . | | FEE PAID. filed by Plaintiffs Catherine White, Minel Hider Tobertga. Lodged Proposed Order. (dw, ) (Entered: 07/10/2006) |
| 07/10/2006 | | ○29 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge A. Howard Matz: ORDERING Notice of Filing of Motion for Transfer of Actions to a Single District For Consolidated and Coordinated Pretrial Proceedings submitted by Defendant Novaris Pharmaceuticals Corporation) submitted by Defendant Novartis Pharmaceuticals Corporation received on 7/7/06 is not to be filed but instead rejected. Denial based on: Proof of Service does not reflect the exact title of the document.(dw, ) (Entered: 07/11/2006) |
| 07/10/2006 | | ○30 | ORDER on Application of Non-Resident Attorney to Appear in a Specific Case by Judge A. Howard Matz: GRANTED. re APPLICATION for attorney David W Sanford to Appear Pro Hac Vice [28] (dw, ) (Entered: 07/11/2006) |
| 07/10/2006 | | ○31 | MINUTES OF IN CHAMBERS ORDER held before Judge A. Howard Matz : The Court hereby ORDERS Jeremy Heisler, Grant Morris, David W. Sanford, and Steven L. Wittels to SHOW CAUSE, in writing and not later than 7/17/06, why they should not be precluded from representing plaintiffs in this action for failure to comply with the Clerk's prior notice concerning submission of an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee. Court Reporter: Not Reported. (smo, ) (Entered: 07/11/2006) |
| 07/11/2006 | | ○32 | APPLICATION of Non-Resident Attorney to Appear in a Specific Case for attorney Grant E Morris to Appear Pro Hac Vice. FEE PAID. filed by Plaintiffs Catherine White, Minel Hider Tobertga. Lodged Proposed Order. (dw, ) (Entered: 07/12/2006) |
| 07/11/2006 | | ○ | FAX number for Attorney Grant Morris is 202-742-7776. (dw, ) (Entered: 07/12/2006) |
| 07/11/2006 | | ○35 | NOTICE of Filing of Motion for Transfer of Actions to A Single District for Consolidated and Coordinated Pretrial Proceedings; Brief and Appendix in Support Thereof filed by Defendant Novartis Pharmaceuticals Corporation. (dw, ) (Entered: 07/20/2006) |
| 07/12/2006 | | ○33 | MINUTES OF IN CHAMBERS ORDER held before Judge A. Howard Matz : On 7/10/06 the Court ordered Jeremy Heisler, Grant Morris, David W. Sanford, and Steven L. Wittels to SHOW CAUSE, in writing and not later than 7/17/06, why they should not be precluded from representing plaintiffs in this action for failure to comply with the Clerk's prior notice concerning submission of an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee. On 7/12/06 the Court signed the Order on Application of Non-Resident Attorney to Appear in a Specific Case as to Grant E. Morris only. Accordingly, the Court hereby discharges the OSC as to Grant E. Morris only. Court Reporter: Not Reported. (smo, ) (Entered: 07/12/2006) |
| 07/12/2006 | | ○34 | ORDER by Judge A. Howard Matz GRANTING APPLICATION for attorney Grant E Morris to Appear Pro Hac Vice. FEE PAID.[32] (yl, ) (Entered: 07/13/2006) |
| 07/20/2006 | | ○36 | MINUTES OF IN CHAMBERS ORDER held before Judge A. Howard Matz : On 7/10/06, the Court signed the Order on Application of Non-Resident Attorney to Appear in a Specific Case as to David W. Sanford. Accordingly, the Court now DISCHARGES the 7/10/06 Order to Show Cause as to David W. Sanford. On 7/19/06, attorneys Steven L. Wittels and Jeremy Heisler notified the Court that they will not appear pro hac vice in this action. Accordingly, the Court DISCHARGES the OSC as to them as well. The Docket Clerk shall remove Steven L. Wittels's and Jeremy Heisler's names from the docket. Court Reporter: Not Reported. (smo, ) (Entered: 07/21/2006) |
| 07/24/2006 | | ○37 | APPLICATION of Non-Resident Attorney to Appear in A Specific Case for attorney Angela Corridan to Appear Pro Hac Vice. FEE PAID. filed by Plaintiffs Catherine White, Minel Hider Tobertga. Lodged Proposed. (dw, ) (Entered: 07/26/2006) |

| | | |
|---|---|---|
| 07/24/2006 | 🔘 | Case 1:06-cv-11475-PAC Document 2 Filed 11/20/06 Page 10 of 10 Attorney Angela Corridan (dw,) (Entered: 07/26/2006) |
| 07/25/2006 | 🔘38 | ORDER on Application of Non-Resident Attorney to Appear in A Specific Case by Judge A. Howard Matz: GRANTED. re APPLICATION for attorney Angela Corridan to Appear Pro Hac Vice. FEE PAID.[37] (dw, ) (Entered: 07/26/2006) |
| 08/01/2006 | 🔘39 | NOTICE of JOINT EX PARTE APPLICATION AND EX PARTE APPLICATION to Stay Proceedings or in the Alternative For An Order Shortening Time for Hearing The Parties' Joint Motion to Stay Proceedings; Memorandum of Points and Authorities in Support Thereof filed by Defendant Novartis Pharmaceuticals Corporation. Lodged Proposed Order. (dw, ) (Entered: 08/03/2006) |
| 08/01/2006 | 🔘40 | DECLARATION of Thomas W Kovacich in Support of Ex Parte Application to Stay Proceedings or in the Alternative For An Order Shortening Time For Hearing the Parties Joint Motion to Stay Proceedings EX PARTE APPLICATION to Stay Case pending Proceedings EX PARTE APPLICATION to Shorten Time for Hearing [9] filed by Defendant Novartis Pharmaceuticals Corporation. (dw, ) (Entered: 08/03/2006) |
| 08/01/2006 | 🔘41 | DECLARATION of Richard H Schnadig in Support of The Parties Joint Motion to Stay Proceedings re: Ex PARTE APPLICATION to Stay Case pending Proceedings Time for Hearing [39] filed by Defendant Novartis Pharmaceuticals Corporation. (dw, ) (Entered: 08/03/2006) |
| 08/01/2006 | 🔘42 | STIPULATION For Ex Parte Application to Stay Proceedings or in the Alteantive For An Order Shortening Time for Hearing the Parties' Joint Motion to Stay Proceedings filed by Defendant Novartis Pharmaceuticals Corporation. (dw, ) (Entered: 08/03/2006) |
| 08/02/2006 | 🔘 | PLACED IN FILE - NOT USED re Proposed Order setting hearing on shortened time for parties joint motion to stay proceedings. Lodged 8/1/2006. (jp) (Entered: 08/17/2006) |
| 08/03/2006 | 🔘43 | ORDER Granting Ex Parte Application to Stay Proceedings by Judge A. Howard Matz: IT IS HEREBY ORDERED THAT: Plaintiffs and Defendants' Ex Parte Application to Stay Proceedings is GRANTED. The Ex Parte Application and an Order Shortening Time for Hearing is DENIED. Above-captioned matter is hereby stayed pending the decision of the Judicial Panel on Multi-District Litigation. re EX PARTE APPLICATION to Stay Case pending Proceedings EX PARTE APPLICATION to Shorten Time for Hearing [39] (dw, ) (Entered: 08/04/2006) |
| 11/03/2006 | 🔘44 | TRANSFER ORDER from Judicial Panel on Multidistrict Litigation re MDL 1794. IT IS THEREFORE ORDERED that, pursuant to 28 USC Section 1407, the action pending outside the Southern District of New York is transferred to the Sourthern District of New York, with the consent of that court, assigned to the Honorable Paul A Crotty for coordinated or consolidated pretrial proceedings with the actionpending in that district. Transferring case to Southern District of New York. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.)(shb, ) (Entered: 11/08/2006) |
| 11/08/2006 | 🔘 | TRANSMITTAL of documents: Certified copy of transfer order; Certified copy of docket, entire case file and certified copy of Notice of Removal transferred to USDC Southern District of New York, their case number 06-11475. (shb, ) (Entered: 11/08/2006) |